<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1326**

ERIC HEMPHILL,

              Plaintiff - Appellant,

      v.

ARAMARK CORPORATION; ARAMARK CAMPUS SERVICES LLC,

              Defendants – Appellees,

      and

ARAMARK, INC.,

              Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Ellen L. Hollander, District Judge. (1:12-cv-01584-ELH)

Submitted:  August 7, 2014          Decided:  August 20, 2014

Before MOTZ, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Hemphill, Appellant Pro Se.  Kaiser H. Chowdhry, William J. Delany, MORGAN LEWIS & BOCKIUS, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Hemphill appeals the district court's order granting summary judgment to the Appellees and dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, while we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Hemphill v. Aramark Corp., No. 1:12-cv-01584-ELH (D. Md. filed Mar. 25, 2014; entered Mar. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED